# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY KINGEN,<br><br>   Plaintiff,<br><br> v.<br><br>JBS INTERNATIONAL, INC.<br><br>   Defendant. | Case No.: 4:22-cv-01416-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Case Filed in State Court: February 1, 2022<br>Case Removed: March 4, 2022<br>Trial Date: January 8, 2024 |

The Court, upon the presentation of the Stipulation of Dismissal with Prejudice filed by Plaintiff Kimberly Kingen ("Plaintiff") and Defendant JBS International, Inc. ("Defendant"), orders that the matter is hereby dismissed, with prejudice, with each party responsible for its own costs.

IT IS SO ORDERED.

Dated: April 3, 2023

_____
THE HONORABLE JON S. TIGAR
Judge, United States District Court